The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MELISA SANDERS,<br><br>  Defendant. | No. CR16-07 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONDUCT REMOTE HEARING ON SUPERVISED RELEASE VIOLATION DISPOSITION HEARING |

THIS MATTER comes before the Court upon Defendant Melisa Sanders's unopposed motion to conduct the disposition hearing on her alleged supervised release violations, scheduled before this Court for Friday, October 16, 2020, at 9:30 a.m., by video conference under the procedures outlined in General Order No. 04-20.  The government does not oppose this request.

Having considered the materials submitted in support of the motion, as well as the balance of the record, the Court FINDS that the hearing cannot be further delayed without serious harm to the interests of justice and therefore GRANTS this motion.

The Court ORDERS that the disposition hearing scheduled for Friday, October 16, 2020, at 9:30 a.m. shall be held by video conference under the procedures outlined in General Order No. 04-20.

ORDER GRANTING UNOPPOSED MOTION TO CONDUCT REMOTE HEARING ON SUPERVISED RELEASE VIOLATION DISPOSITION HEARING
(*Melisa Sanders*; No. CR16-07 RSM) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

DONE THIS 13th day of October, 2020.

[signature]
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BLACK & ASKEROV, PLLC

*s/ Christopher Black*
Christopher Black
Attorney for Melisa Sanders

ORDER GRANTING UNOPPOSED MOTION TO CONDUCT REMOTE HEARING ON SUPERVISED RELEASE VIOLATION DISPOSITION HEARING (*Melisa Sanders*; No. CR16-07 RSM) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401